MARC E. MAYER (SBN 190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MARISSA B. LEWIS (*pro hac vice pending*)
  mbl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, NY 10022
Telephone: (212) 509-3900

Attorneys for Blizzard Entertainment, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEREK S. POWELL a/k/a "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:26-cv-01506-JWH-DFM<br><br>[Assigned to Judge John W. Holcomb]<br><br>**DECLARATION OF MARC E. MAYER IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY**<br><br>Complaint Filed: June 12, 2026 |

**DECLARATION OF MARC E. MAYER ISO PLAINTIF'S *EX PARTE* APPLICATION FOR LIMITED EARLY DISCOVERY**

I, Marc E. Mayer, declare as follows:

1.    I am an attorney-at-law, duly licensed to practice law in the State of California. I am, through my Professional Corporation, a partner with the law firm of Mitchell Silberberg & Knupp LLP, counsel of record for Plaintiff Blizzard Entertainment, Inc. ("Blizzard") in the above-captioned matter. Except as otherwise noted, I know all of the following of my own personal knowledge and, if called as a witness, could and would competently testify thereto.

2.    This case involves claims for copyright infringement, trademark infringement, violation of the anti-circumvention provisions of the Digital Millennium Copyright Act, intentional interference with contract, and violations of the Racketeer Influenced and Corrupt Organizations Act. Plaintiff's claims arise from a business enterprise known as "Project Ascension," which sells access to members of the public to an unauthorized, pirated version of Blizzard's immensely popular online role-playing game "*World of Warcraft*" ("*WoW*"). Project Ascension is engaged in the unauthorized development and maintenance of "emulated" servers that mimic and modify the normal mechanics by which players access Blizzard's *WoW* servers.

## Plaintiff's Pre-Filing Investigation

3.    Blizzard, with the assistance of a highly experienced and reputable cybercrime investigative service,[1] conducted an extensive and diligent investigation into the owners and operators of Project Ascension. The investigation has involved, *inter alia*, open-source intelligence sources; social media research; querying of relevant databases; review of corporate records, domain registrations, and username and email repositories; examination of online communities, message platforms, and websites; and use of standard investigative resources.

---

[1]  In order to protect its investigative methods and not to jeopardize its ongoing investigations, Blizzard has elected not to disclose the name of its investigators. However, should the Court desire additional information, Blizzard is prepared to provide such information *in camera* or under seal.

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

Mitchell Silberberg & Knupp LLP

21650867.2

4.      As a result of this investigation, Blizzard's investigators were able to make preliminary determinations of the identities of some of the administrators and operators of Project Ascension, known primarily by way of their online aliases. These include, on information and belief:

- Derek S. Powell a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer," an individual who resides in Nashville, Tennessee. Powell is an owner and one of the driving forces behind Project Ascension.

- Bryan Thomas Mannion a/k/a "Kaladin," an individual who resides in Akron, Ohio. Like Powell, Mannion is an owner and one of the driving forces behind Project Ascension.

- Lincoln Marshall Simpson a/k/a "twotailedtitan," an individual who resides in Winnie, Texas. Simpson is the "Senior Gamemaster" of Project Ascension and provides technical and customer support for Project Ascension.

- Brien Allen Middaugh a/k/a "worldforgerzen," an individual who resides in Oceanside, California. Middaugh is part of the "creative team" for Project Ascension and creates and develops content for Project Ascension,

- Andrew James Seward a/k/a "andrew6180," an individual who resides in Tucson, Arizona. Seward is the "Custom Systems Developer" for Project Ascension and is engaged in programming and coding the software for Project Ascension's "client" and servers (the "Ascension Client" and "Ascension Servers," respectively).

- Alexander Steven Kozma a/k/a ".grey001," an individual who resides in Daly City and/or San Francisco, California. Kozma is the

Mitchell
Silberberg &
Knupp LLP

21650867.2

3

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

"release lead" for Project Ascension and oversees and promotes updates, patches, and modifications to Project Ascension.

- Ye Lwin a/k/a "kalethuzad," an individual who resides in Sydney, New South Wales, Australia. Lwin is the "Core Developer" for Project Ascension and is engaged in programming and coding the Ascension Client and/or the Ascension Servers.

5.    While Blizzard's investigators have worked diligently to identify each of the above individuals, their investigation necessarily was limited by the fact that they have had to rely on publicly available sources. Accordingly, third party discovery is necessary to definitively confirm the identities of these individuals and to find street addresses or email addresses where they can be contacted.

6.    Blizzard's investigation also revealed the existence of several corporate entities through which a number of the activities of Project Ascension have been carried out. These include, on information and belief:

- Exalted Management Services ("EMS") is a Nevada corporation. According to its website (exaltedmanagementservices.com), EMS purports to provide "server management," "website development" and "game development." Blizzard has reason to believe that EMS is an undercapitalized shell company that does not have an office or employees, and exists solely as a conduit for monetary transactions and to avoid U.S. tax liability for revenue related to Project Ascension. For example, EMS's "address" is that of a corporate registration service known as "Nevada Business Corporations;" its sole "officer" (serving as President, Secretary, Treasurer, and Director) is "Charleen Fulton," an employee or agent of a corporate registration service who listed as the officer of dozens of other corporations. Further, Blizzard has reason to believe that EMS

Mitchell
Silberberg &
Knupp LLP

21650867.2

4

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

serves as an alter ego of Powell and Mannion, who intermingle personal funds with corporate funds and have used a house owned by EMS as their personal residence.

- Exalted Management and Consultation Services LLC ("EMC") is a New Mexico corporation. Blizzard has reason to believe that EMC is another undercapitalized shell company owned by Powell and Mannion that does not have an office or employees, and exists solely as a conduit for monetary transactions and to avoid U.S. tax liability for revenue related to Project Ascension. Like EMS, EMC's "address" is that of a corporate registration service known as "Law 4 Small Business, PC." Also like EMS, Blizzard has reason to believe that EMS serves as an alter ego of Powell and Mannion, who intermingle personal funds with corporate funds and use EMC to conceal their assets from claimants such as Blizzard and from creditors.

- Online Management Partners is the entity that collects the donations on behalf of the Project Ascension website located at ascension.gg (the "Ascension Website"). Blizzard has been unable to determine at this time whether Online Management Partners is a formal legal entity or merely an unincorporated association.

7. Blizzard's investigation also revealed the activities and involvement of other, "Doe" Defendants, who at present are only known by their online aliases, including "zamasu1977," "caras0001," "broicantcomeupwiththeusername," "bert00001," "reaperskippy0001," "kitey0001," "boch0001," "orinoa," "vlathis," "chasingthegoose," "jonas2881," "mewmix," "minxnobody," "pigmyrhino," and "drrileyj." Blizzard has reason to believe that these Doe Defendants currently known only by their aliases play direct roles in the operation of the Project Ascension

enterprise and the sale of access to Project Ascension's pirated, unauthorized versions of *WoW*.

8.    In addition to these unknown aliases, Blizzard's investigators have reason to believe there may well be additional individuals or entities assisting in these efforts whom have so far succeeded in keeping even their involvement completely anonymous.  It is very important to include all of these individuals in this lawsuit in order for Blizzard to obtain complete relief and ensure that Project Ascension ultimately is removed from the marketplace.

9.    Defendants certainly are aware of this lawsuit, and discovery to their associated service providers will come as no surprise.  Blizzard has sent multiple cease-and-desist letters to Defendants, including to Defendants Powell and Mannion.

10.    In addition, after this lawsuit was filed, it received a significant amount of media attention in game industry publications, including in *Complex*, *PC Gamer*, and *Games Industry.biz*.  Project Ascension customers also have been extensively discussing the lawsuit in several online communities dedicated to Project Ascension, including on social media platforms such as Reddit.

11.    Defendants, including the Doe Defendants, are continuing to sell, update, and market Project Ascension even after this lawsuit was filed.  Indeed, the Ascension Website and Project Ascension's social media accounts remain active.

## **The Requested Discovery**

12.    By the *Ex Parte* Application filed concurrently herewith, Plaintiff seeks leave to serve thirteen subpoenas for business records from various social media platforms, payment processors, domain name companies, a corporate registration company, and a Nevada-based individual who is listed as the sole corporate officer of one of the corporate defendants.  The purpose of these subpoenas is to seek

Mitchell
Silberberg &
Knupp LLP

21650867.2

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

information concerning the name and identity of the individuals and entities responsible for Project Ascension, including the Ascension Website and the Ascension Servers, and who receive payments for the sale of Project Ascension. Specifically, Plaintiff wishes to issue subpoenas to: (1) Google LLC d/b/a YouTube; (2) X Corp.; (3) ByteDance Ltd. d/b/a TikTok; (4) GitHub, Inc.; (5) Discord, Inc.; (6) Meta Platforms, Inc. d/b/a Facebook; (7) LinkedIn Corporation; (8) PayPal Holdings, Inc.; (9) Paymentwall, Inc.; (10) Namecheap, Inc.; (11) Cloudflare, Inc.; (12) Nevada Business Corporations; and (13) Charleen Fulton.

(a) **Google LLC** is a company that offers YouTube channels and videos through its video hosting service available at www.youtube.com. Based on our investigation, we believe that representatives of Project Ascension, including several of the aliases referenced above, have channels on YouTube, including channels used for marketing and advertising Project Ascension. This includes the "official" Project Ascension YouTube channel @ascensiongg, located at https://www.youtube.com/@ascensiongg. A true and correct excerpt from a printout of the Project Ascension YouTube page, which was captured on June 12, 2026, is attached hereto as **Exhibit 1**.

(b) **X Corp. (formerly Twitter)** is a microblogging and social networking service on which users post and interact with messages known as "tweets." Project Ascension maintains an "official" X account (@Ascensionfeed), located at https://x.com/Ascensionfeed. A true and correct excerpt from a printout of the Project Ascension X page, which was captured on June 25, 2026, is attached hereto as **Exhibit 2**.

Mitchell
Silberberg &
Knupp LLP

21650867.2

7

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

(c) **ByteDance Ltd. d/b/a TikTok** is a social media platform centered around creating, sharing, and discovering short-form videos. Project Ascension maintains an "official" TikTok account @ascensionwow, located at https://www.tiktok.com/@ascensionwow. A true and correct excerpt from a printout of the Project Ascension TikTok page, which was captured on June 26, 2026, is attached hereto as **Exhibit 3**.

(d) **GitHub, Inc.** is a provider of Internet hosting for software development and version control that allows members of the public to upload and share computer source code. There are two GitHub respositories connected to Project Ascension, which are available at https://github.com/Proj-Ascension/Server and https://github.com/Proj-Ascension/Client. True and correct printouts of the foregoing GitHub pages, which were captured on June 16, 2026, are attached hereto as **Exhibit 4** and **Exhibit 5**, respectively.

(e) **Discord, Inc.** is an online platform focused on the video game community, which allows affinity groups to gather and virtually discuss various topics. We have learned through our investigation that many of the Defendants, including several of the aliased individuals mentioned above, have used the chat app Discord to discuss and even administer Project Ascension.

(f) **Meta Platforms, Inc. d/b/a Facebook** is a photo and video sharing social networking service. Project Ascension maintains an "official" Facebook account @OfficialAscension, located at https://www.facebook.com/OfficialAscension/. A true and correct

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

printout of the Project Ascension Facebook Page, which was captured on June 25, 2026, is attached hereto as **Exhibit 6**.

(g) **LinkedIn Corporation** is a professional networking platform. Project Ascension has a dedicated LinkedIn page located at https://www.linkedin.com/in/project-ascension-67539b31b/. A true and correct excerpt from a printout of the Project Ascension LinkedIn page, which was captured on June 26, 2026, is attached hereto as **Exhibit 7**.  In addition, Defendant Mannion had a LinkedIn page located at https://www.linkedin.com/in/bryan-mannion-a5749a29/, which appears to have been deleted.

(h) **PayPal Holdings, Inc. and Paymentwall, Inc.** are popular providers of online payment processing services.  Blizzard's investigators as well as researchers in my office have discovered that Project Ascension uses PayPal Holdings, Inc.'s platforms as well as Paymentwall, Inc. to process payments from users in exchange for access the Ascension Servers.  In creating an account with these services, such individuals and entities necessarily provide them with several types of identifying information.  We thus expect that these third-party payment processors are likely to be in possession of information relevant to identification of the individuals involved in the operation of Project Ascension.

(i) **Namecheap, Inc.** is a domain name registrar.  We have learned through our investigation that Namecheap, Inc. is the domain name registrar for the Ascension Website located at ascension.gg. However, the person or entity that registered the Project Ascension Website used a domain name privacy service, so public "WhoIs" records identify the registrant as "Redacted for privacy."

Mitchell Silberberg & Knupp LLP

21650867.2

9

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

Accordingly, Namecheap, Inc. is expected to be in possession of relevant information, such as names, addresses, email addresses, and IP addresses for the individuals involved in the registration, operation, and/or maintenance of the Ascension Website.  A true and correct excerpt from a printout of the "WhoIs" page for the Ascension Website, captured from https://whois.domaintools.com/ascension.gg on June 16, 2026, is attached hereto as **Exhibit 8.**

(j)    **Cloudflare, Inc.** is a company that offers security and content delivery services to websites, doing so in a manner that allows websites to obscure the identity and location of their own servers. From our investigation, we have learned that the operators of Project Ascension use Cloudflare, Inc.'s content distribution network to mask IP address(es) associated with the Project Ascension enterprise and the Ascension Website.  Cloudflare, Inc. possesses the actual IP address(es) for the Ascension Website and servers, from which Blizzard will be able to determine the identity of the hosting provider(s) being used by Project Ascension.  Cloudflare, Inc. also may possess contact information and payment information for the person or entity that created the Cloudflare, Inc. account.

(k)    **Nevada Business Corporations** is a corporation registration company.  It registered one of the entities associated with Project Ascension, namely, Exalted Management Services.    Blizzard expects that Nevada Business Corporations and affiliated individuals—including Wayne Wakefield, who appears to own Nevada Business Corporations, and **Charleen Fulton**, who appears to be affiliated with Nevada Business Corporations and is listed as

10

Mitchell
Silberberg &
Knupp LLP

21650867.2

the sole officer of Exalted Management Services in corporate records—to possess relevant information about Defendants, including the names of the individuals that instructed the formation of Exalted Management Services.

13.    All of the proposed subpoenas are for a proper purpose—namely, to confirm the identities of the named Defendants as well as to identify the Doe Defendants and any additional individuals and entities responsible for Project Ascension, so that they may be added to the Complaint and so that Blizzard can ultimately pursue its claims.  The subpoenas will seek only *identifying information*, and will *not* seek the content of any email correspondence, instant messages, or other documentation.  When served, we will provide the third parties with not less than 21 days to respond to the subpoenas.

14.    No counsel for Defendants has appeared in the case to date. Accordingly, counsel for Blizzard is unable to provide notice of the *Ex Parte* Application pursuant to Local Rule 7-19.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 26, 2026 at Los Angeles, California.

*/s/ Marc E. Mayer*
Marc E. Mayer

Mitchell
Silberberg &
Knupp LLP

21650867.2

11

**DECLARATION OF MARC E MAYER ISO PLAINTIFF'S *EX PARTE* APPLICATION FOR EARLY LIMITED DISCOVERY**

# EXHIBIT 1

**PageVault**

| | |
|---|---|
| Document title: | Ascension - YouTube |
| Capture URL: | https://www.youtube.com/@ascensiongg |
| Page loaded at (UTC): | Fri, 12 Jun 2026 21:08:16 GMT |
| Capture timestamp (UTC): | Fri, 12 Jun 2026 21:08:18 GMT |
| Capture tool: | 10.83.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.83.2 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| PDF length: | 4 |
| Capture ID: | aYjdD4ChCRcANJygQ7sRXS |
| Display Name: | cbg |

PDF REFERENCE #:    gVdw6C6EmXK7F1qkmhDCC4



## YouTube

Home

Shorts

Subscriptions

You >

History

Playlists

Watch later

Liked videos

Downloads

**More from YouTube**

Try Premium for $0

YouTube TV

YouTube Music

YouTube Kids

**Explore**

Shopping

Music

Movies & TV

Show more

Report history

About  Press  Copyright
Contact us  Creators  Advertise
Developers

Terms  Privacy  Policy & Safety
How YouTube works
Test new features
NFL Sunday Ticket

© 2026 Google LLC

# Ascension

@ascensiongg • 35.3K subscribers • 249 videos

Ascension is home to 4 unique modded realms where you can play for free and explore A ...more

🔗 ascension.gg and 3 more links

**Subscribe**

Home | Videos | Shorts | Live | Playlists | Posts

### The Future of Ascension

204,993 views • 1 year ago

Play Free at: https://ascension.gg
Ascension Custom WoW is a free to play World of Warcraft fan project with different realms to challenge Azeroth in brand new ways. Free Pick lets you design your own custom hero by mixing and matching spells, talents, and new Mystic Enchantments from any of the original 9 classes. Wildcard hurls you into Azeroth and TBC with RANDOM spells and talents, demanding …
READ MORE

## Warcraft Reborn    ▶ Play all

Warcraft Reborn is a new type of Classic+ WoW mod where you can play the Original Warcraft Trilogy for free. Explore a progressive realm with NEW thematic, immersive content like new…

   

| | | | | |
|---|---|---|---|---|
| 34:35 | 2:57 | 1:37 | 0:57 | 2:48 |
| Bronzebeard: Official Overview \| Ascension | Warcraft Reborn: Features & Vision | Bronzebeard: Ascension WoW Classic+ Realm Trailer | Warcraft Reborn Features: New Race/Class Combos | Warcraft Reborn Features: An Expanded Azeroth |
| Ascension | Ascension | Ascension | Ascension | Ascension |
| 324K views • 8 months ago | 119K views • 10 months ago | 46K views • 1 year ago | 41K views • 10 months ago | 43K views • 10 months ago |

## Conquest of Azeroth    ▶ Play all

Explore 21 new classes in a Classic+ Azeroth. Rekindle your love for Azeroth and adventure in an expanded Open World.

   

| | | | | |
|---|---|---|---|---|
| 3:19 | 3:51 | 3:08 | 2:47 | 4:26 |
| New WoW Class: Necromancer - Conquest of… | New WoW Class: Bloodmage - Conquest of Azeroth | New WoW Class: Reaper - Conquest of Azeroth | New WoW Class: Ranger - Conquest of Azeroth | New WoW Class: Starcaller - Conquest of Azeroth |
| Ascension | Ascension | Ascension | Ascension | Ascension |
| 332K views • 2 years ago | 125K views • 1 year ago | 107K views • 1 year ago | 100K views • 1 year ago | 89K views • 1 year ago |

## Seasonal    ▶ Play all

Seasonal Realms feature wild new ways to play, sometimes testing experimental features or new game modes. What the seasonal realm is may vary, but typically it will be either a Wildcard or Draf…

    

# EXHIBIT 2

**PageVault**

| | |
|---|---|
| Document title: | Ascension (@Ascensionfeed) / X |
| Capture URL: | https://x.com/ascensionfeed |
| Page loaded at (UTC): | Thu, 25 Jun 2026 22:52:43 GMT |
| Capture timestamp (UTC): | Thu, 25 Jun 2026 22:52:45 GMT |
| Capture tool: | 11.1.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.1.0 Chrome/148.0.7778.265 Safari/537.36 |
| Operating system: | Linux (Node 24.16.0) |
| PDF length: | 17 |
| Capture ID: | k9DJv9YJWR6pDtfrduiqTM |
| Display Name: | cbg |

PDF REFERENCE #:     m2HfubfB3bSFMfbu5rZfsU



# EXHIBIT 3

**PageVault**

| | |
|---|---|
| Document title: | Ascension: Custom WoW (@ascensionwow) \| TikTok |
| Capture URL: | https://www.tiktok.com/@ascensionwow |
| Page loaded at (UTC): | Fri, 26 Jun 2026 01:57:39 GMT |
| Capture timestamp (UTC): | Fri, 26 Jun 2026 01:57:44 GMT |
| Capture tool: | 11.1.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.1.0 Chrome/148.0.7778.265 Safari/537.36 |
| Operating system: | Linux (Node 24.16.0) |
| PDF length: | 13 |
| Capture ID: | crFDNQoRon7UiusCiA3FG9 |
| Display Name: | djk |



# EXHIBIT 4

**PageVault**

| | |
|---|---|
| Document title: | GitHub - Proj-Ascension/Server: Server repository for the Project Ascension game launcher. · GitHub |
| Capture URL: | https://github.com/Proj-Ascension/Server |
| Page loaded at (UTC): | Tue, 16 Jun 2026 16:07:22 GMT |
| Capture timestamp (UTC): | Tue, 16 Jun 2026 16:07:24 GMT |
| Capture tool: | 10.83.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.83.2 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| PDF length: | 3 |
| Capture ID: | 73A8LKDkPoGHq2jfrF4Gc7 |
| Display Name: | cbg |

PDF REFERENCE #:    gRu3HpMYXTSEHh7eMyuDih



**Andrew Slattery** Merge pull request #2 from lolzballs/master    ec8ae45 · 11 years ago    5 Commits

| | | |
|---|---|---|
| 🗋 LICENSE | Initial commit | 11 years ago |
| 🗋 README.md | Add Links | 11 years ago |

📖 **README**    ⚖️ **MIT license**

# PA Server

## What is this repo for?

Per our change to a rolling release schedule, sections of our backend API and website will be publically released under the MIT license (see LICENSE for more information).

## Why isn't the code fully published here?

While our launcher (see: *Proj-Ascension/Client*) is being developed as a complete open-source project, our backend has a few more responsibilities in terms of trust - namely, that of information users trust us to provide.

Because of this, our backend/server code will be published here after a battery of internal tests and/or testing with volunteers, to ensure security as best as we can.

## What languages can I expect to see here?

You'll be seeing:

- HTML/CSS
- Javascript (we avoid jQuery where we can)
- Node.js
- PHP 5.6+
- Python

## What if I have more questions?

Hop on over to our subreddit, [gitter](https://gitter.im/Proj-Ascension/Client], or other social media presences, and we'll get back to you promptly.

Server repository for the Project Ascension game launcher.

🔗 **projectascension.io/**

📖 Readme
⚖️ MIT license
〰️ Activity
▦ Custom properties
☆ **47** stars
👁 **9** watching
⑂ **8** forks

Report repository

### Releases

No releases published

### Packages

No packages published

### Contributors 3



matjarosz Mat Jarosz

lolzballs Benjamin Cheng

awslattery Andrew Slattery

© 2026 GitHub, Inc.    Terms    Privacy    Security    Status    Community    Docs    Contact    Manage cookies    Do not share my personal information

25

# EXHIBIT 5

**PageVault**

| | |
|---|---|
| Document title: | GitHub - Proj-Ascension/Client: Client repository for Project Ascension, an open source game launcher. · GitHub |
| Capture URL: | https://github.com/Proj-Ascension/Client |
| Page loaded at (UTC): | Tue, 16 Jun 2026 16:43:48 GMT |
| Capture timestamp (UTC): | Tue, 16 Jun 2026 16:43:50 GMT |
| Capture tool: | 10.83.2 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.83.2 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node ) |
| PDF length: | 3 |
| Capture ID: | uYAmhSmLCXeuFeAwU4VB4U |
| Display Name: | cbg |





# EXHIBIT 6

**Page Vault**

| | |
|---|---|
| Document title: | (3) Facebook |
| Capture URL: | https://www.facebook.com/OfficialAscension |
| Page loaded at (UTC): | Thu, 25 Jun 2026 22:50:05 GMT |
| Capture timestamp (UTC): | Thu, 25 Jun 2026 22:50:07 GMT |
| Capture tool: | 11.1.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.1.0 Chrome/148.0.7778.265 Safari/537.36 |
| Operating system: | Linux (Node 24.16.0) |
| PDF length: | 6 |
| Capture ID: | ddyxBjoyFtJE1ppUe6vXyg |
| Display Name: | cbg |





# Project Ascension

**7K likes • 7K followers**

The HUB for Custom Mods with 4 Realms:

Classless Hero Builder
21 NEW Classes
Original 9 Classes (Beyond Classic+)
Wildcard Random Mode

Play Free @ **Ascension.gg**

📹 Video Game

✏️ **Sign Up**    💬 **Message**    👍 **Like**

**All**    About    Reels    Photos    Followers    More ▾    ...

## Personal details

🕐 **English**

## Details

⭐ **94% recommend (14 Reviews)**

📍

## Links

🔗 **ascension.gg**

## Contact info

@ ▶️ **https://www.youtube.com/@ascensiongg**

💬 **Project Ascension**

## Posts

⇅ **Filters**

**Project Ascension**
July 21, 2025 · ⚙️    ...

In upcoming updates there are open world crafting stations for new crafting station POIs where you can make unique crafts. 🗃️



## Photos

**See all photos**

# EXHIBIT 7

**PageVault**

| | |
|---|---|
| Document title: | Project Ascension | LinkedIn |
| Capture URL: | https://www.linkedin.com/in/project-ascension-67539b31b/ |
| Page loaded at (UTC): | Fri, 26 Jun 2026 15:29:19 GMT |
| Capture timestamp (UTC): | Fri, 26 Jun 2026 15:29:22 GMT |
| Capture tool: | 11.1.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.1.0 Chrome/148.0.7778.265 Safari/537.36 |
| Operating system: | Linux (Node 24.16.0) |
| PDF length: | 3 |
| Capture ID: | qQSw6wAvX8t8ZU5j5VYQxA |
| Display Name: | djk |

PDF REFERENCE #:     aF48Rtr1Zojc2FMg2RLEtN



# EXHIBIT 8

**Page Vault**

Document title:                Ascension.gg WHOIS, DNS, & Domain Info - DomainTools

Capture URL:                   https://whois.domaintools.com/ascension.gg

Page loaded at (UTC):        Tue, 16 Jun 2026 15:40:05 GMT

Capture timestamp (UTC):     Tue, 16 Jun 2026 15:40:07 GMT

Capture tool:                   10.83.2

Collection server IP:         54.145.42.72

Browser engine:              Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.83.2 Chrome/144.0.7559.236 Safari/537.36

Operating system:           Linux (Node )

PDF length:                    2

Capture ID:                    8N99CrRp3m63wQrFZkeNtn

Display Name:                cbg

PDF REFERENCE #:      uocK9g2KzmWryKvE5xczVC

DomainTools

PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT ▾    Whois Lookup    🔍    LOGIN    Sign Up

Home  >  Whois Lookup  >  Ascension.gg

## Whois Record for Ascension.gg

How does this work?

**Notice:** Possible deprecation of Whois services after January 28, 2025.   More Info ⬇

### — Domain Profile

| | |
|---|---|
| **Registrar** | NameCheap, Inc (https://www.namecheap.com)<br>IANA ID: —<br>URL: —<br>Whois Server: — |
| **Registrar Status** | Active |
| **Dates** | 2,792 days old<br>Created on 2018-10-24 |
| **Name Servers** | EUGENE.NS.CLOUDFLARE.COM (has 45,626,148 domains)<br>LUCY.NS.CLOUDFLARE.COM (has 45,626,148 domains) |
| **IP Address** | 104.21.16.12 - 1,354 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET - Cloudflare, Inc., US (registered Jul 14, 2010) |
| **IP History** | 2 changes on 2 unique IP addresses over 3 years |
| **Hosting History** | 5 changes on 4 unique name servers over 9 years |

**Whois Record** ( last updated on 2026-06-16 )

```
Domain:
    ascension.gg

Domain Status:
    Active
    Transfer Prohibited by Registrar

Registrant:
    Redacted for privacy

Registrar:
    NameCheap, Inc (https://www.namecheap.com)

Relevant dates:
    Registered on 24th October 2018 at 20:53:43.649
    Registry fee due on 24th October each year

Registration status:
    Registered until cancelled

Name servers:
    eugene.ns.cloudflare.com
    lucy.ns.cloudflare.com
```



DomainTools Iris
The gold-standard Internet intelligence platform
Learn More

⬇ Preview the Full Domain Report

**Tools**

Hosting History

Monitor Domain Properties  ▾

Reverse IP Address Lookup  ▾

Network Tools  ▾

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| | |
|---|---|
| Ascension.com | View Whois |
| Ascension.net | View Whois |
| Ascension.org | View Whois |
| Ascension.info | View Whois |
| Ascension.biz | View Whois |
| Ascension.us | View Whois |

 🌐 f 🐦 in    Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information    © 2026 DomainTools