UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEREK S. POWELL a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive, | CASE NO. 8:26-cv-01506-JWH-DFM<br><br>[Assigned to Judge John W. Holcomb]<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF PLAINTIFF BLIZZARD ENTERTAINMENT, INC. FOR LIMITED EARLY DISCOVERY**<br><br>Complaint Filed: June 12, 2026 |

Mitchell
Silberberg &
Knupp LLP

**[PROPOSED] ORDER**

The Court has reviewed and considered the *Ex Parte* Application of Plaintiff Blizzard Entertainment, Inc. ("Blizzard") For Limited Early Discovery.  After considering the E*x Parte* Application and related materials, the Court finds that good cause exists for the requested limited third party discovery.

The Court finds that good cause exists to permit the requested limited expedited discovery pursuant to Federal Rule of Civil Procedure 26(d).  Blizzard has made a prima facie showing that it has asserted viable claims, has conducted a diligent pre-suit investigation, and seeks narrowly tailored third-party discovery that is reasonably calculated to confirm the identities of the named Defendants, identify the Doe Defendants, and determine whether additional necessary parties should be joined in this action.  The requested discovery is limited in scope, is directed to third parties believed to possess information relevant to the identification of the proper parties, and will promote the efficient administration of this action by facilitating service and avoiding unnecessary delay.  *See* Fed. R. Civ. P. 26(d); *Semitool, Inc. v. Tokyo Electron America, Inc.*, 208 F.R.D. 273, 275-77 (N.D. Cal. 2002).

Accordingly, the Court hereby GRANTS the *Ex Parte* Application, and orders as follows:

1. Blizzard may serve limited subpoenas upon the following entities for the purposes of confirming that the named Defendants are appropriately named in this action, eliciting the identities of unnamed "Doe" Defendants, and discovering whether there are additional necessary parties that must be named in this action: (1) Google LLC d/b/a YouTube; (2) X Corp.; (3) ByteDance Ltd. d/b/a TikTok; (4) Github, Inc.; (5) Discord, Inc.; (6) Meta Platforms, Inc. d/b/a Facebook; (7) LinkedIn Corporation; (8) PayPal Holdings, Inc.; (9) Paymentwall, Inc.; (10) Namecheap, Inc.; (11) Cloudflare, Inc.; (12) Nevada Business Corporations; and (13) Charleen Fulton.

Mitchell
Silberberg &
Knupp LLP

2

**[PROPOSED] ORDER**

2. Blizzard shall provide the subpoenaed third parties with not less than twenty-one days to respond to any subpoenas.

3. Should Blizzard require that additional subpoenas be issued and served prior to the opening of discovery in this action, it may seek leave of this Court to do so.


DATED: _____    _____

Honorable John W. Holcomb
United States District Court Judge

Mitchell
Silberberg &
Knupp LLP

3

**[PROPOSED] ORDER**