Frederic M. Douglas (Calif. State Bar # 212778)

Attorney At Law

15333 Culver Drive, Suite 340

Irvine, California 92604-3051

Tel: (949) 293-0442

Fax: (949) 203-8768

fdouglas@cox.net

Attorney for Defendant
ONLINE SUCCESS PARTNER (erroneously sued as
ONLINE MANAGEMENT PARTNERS)

### THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEREK S. POWELL a/k/a "Dutch" "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey0001"; YE LWIN a/k/a | Case No.: 8:26-cv-01506-JWH-DFM <br><br> **Defendant Online Success Partner (erroneously sued as Online Management Partners)'s Notice of Opposition to Plaintiff's *Ex Parte* Application for Limited Early Discovery** <br><br> . <br> Judge: Hon. John W. Holcomb <br> Ronald Reagan U.S. Courthouse <br> 411 West 4th Street <br> Santa Ana, California 92701 <br> Courtroom: 9D |

**NOTICE OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION**
**- 1**

"kalethuzad"; ONLINE )
MANAGEMENT PARTNERS, an )
entity of unknown form; and DOES 1 )
through 10, inclusive, )
)
))

     Defendants

## NOTICE OF OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Frederic M. Douglas, counsel of record for Defendant ONLINE SUCCESS PARTNER (erroneously sued as ONLINE MANAGEMENT PARTNER), hereinafter referred to as "Defendant," hereby files this Notice of Opposition to Plaintiff Blizzard Entertainment, Inc.'s ("Blizzard") Ex Parte Application for Limited Early Discovery (the "Application"), filed on June 26, 2026 (Dkt. No. 21).

### I.  COUNSEL'S APPEARANCE

Counsel for Defendant filed a Notice of Appearance with this Court mere hours ago on July 2, 2206 (Dkt. No. 22). Counsel was not retained until this same day and therefore was unable to respond to the Application before this filing.

### II.  INTENT TO FILE OPPOSITION

Defendant intends to file a written opposition to Plaintiff's *ex parte* Application. However, counsel requires additional time to review the Application, the supporting declaration and exhibits, the Complaint, conduct necessary legal research, and prepare a thorough and appropriate opposition on behalf of Defendant.

Tomorrow, Friday, July 3, 2026, is a holiday, the observance of Independence Day, with the weekend to follow. In light of the impending holiday and the need for the Defendant's attorney to review the Complaint, other filed documents, and consult with Defendant and review evidence, Defendant's counsel has a heavy burden to submit an adequate opposition to an ex parte application filed before Defendant retained counsel, without any idea as to when the Court may act on the *ex parte* application.

Accordingly, Defendant respectfully requests leave to file a written opposition on or before July 10, 2026.

### III.   REQUEST THAT THE COURT DEFER RULING

Defendant respectfully requests that this Court defer ruling on the Application until after Defendant's Opposition has been filed and the Court has had an opportunity to consider all arguments raised therein. Granting Defendant until July 10, 2026, to file an opposition will not prejudice Blizzard, as the Application seeks leave to serve subpoenas that would otherwise require 21 days for response pursuant to the proposed order (Dkt. No. 21-2 at 2).

July 2, 2026                              Respectfully submitted,


__/s/ Frederic M. Douglas_____

Frederic M. Douglas
Attorney for Defendant
ONLINE SUCCESS PARTNER
(erroneously sued as ONLINE
MANAGEMENT PARTNER)


**NOTICE OF OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION**
**- 3**

The undersigned counsel of record for Plaintiffs certifies that this brief contains 335 words, which complies with the word limit of L.R. 11-6.1.

__/s/ Frederic M. Douglas_____

Frederic M. Douglas
Attorney for Defendant
ONLINE SUCCESS PARTNER
(erroneously sued as ONLINE
MANAGEMENT PARTNER)
July 2, 2026

////
////