Oxana Lukina (NY State Bar No. 5583570)
Cohen, LaBarbera & Landrigan, LLP
99 Brookside Ave.
Chester, NY 10918
845-291-1900
845-291-8601 (fax)
olukina@cll-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC. <br><br> Plaintiff(s) <br><br> v. <br><br> DEREK S. POWELL, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:26-cv-01506 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lukina, Oxana

*Applicant's Name (Last Name, First Name & Middle Initial*

845-291-1900                    845-291-8601

*Telephone Number*           *Fax Number*

olukina@cll-law.com

*E-Mail Address*

of

Cohen, LaBarbera & Landrigan, LLP
99 Brookside Ave.
Chester, NY 10918

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

DEREK S. POWELL

*Name(s) of Party(ies) Represent*          ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

Douglas, Frederic M.

*Designee's Name (Last Name, First Name & Middle Initial*

212778              949-293-0442          949-203-8768

*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

fdouglas@cox.net

*E-Mail Address*

of

Law Office of F. M. Douglas
15333 Culver Drive
Suite 340
Irvine, California 92604-3051

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:          ☐     for failure to pay the required fee.

☐     for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐     for failure to complete Application: _____

☐     pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐     pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐     because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: _____

U.S. District Judge/U.S. Magistrate Judge