MARC E. MAYER (190969)
  mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MARISSA B. LEWIS (*pro hac vice application pending*)
  mbl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, NY 10022
Telephone: (212) 509-3900

Attorneys for Blizzard Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DEREK S. POWELL a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 8:26-cv-01506-JWH-DFM<br><br>[Assigned to Judge John W. Holcomb]<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF BLIZZARD ENTERTAINMENT, INC.'S *EX PARTE* APPLICATION FOR LIMITED EARLY DISCOVERY**<br><br>Complaint Filed: June 12, 2026 |

Mitchell
Silberberg &
Knupp LLP

---

**NOTICE OF WITHDRAWAL OF *EX PARTE* FOR LEAVE FOR EARLY DISCOVERY**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, in light of the appearance of certain Defendants in this action, Plaintiff Blizzard Entertainment, Inc. ("Blizzard") hereby voluntarily withdraws its *Ex Parte* Application for Leave to Take Limited Early Discovery (Docket No. 21) (the "Application").

Blizzard's withdrawal of the Application is made without prejudice, and shall not be construed as a waiver of any argument raised in the Application or in support thereof. Blizzard reserves the right to re-file its Application at a later date or seek leave to take early discovery in the event it determines that such relief becomes necessary.

DATED: JULY 10, 2026                MARC E. MAYER
                                    MARISSA B. LEWIS
                                    MITCHELL SILBERBERG & KNUPP LLP


                                    By: *Marc E. Mayer*
                                        Marc E. Mayer
                                        Attorneys for Blizzard Entertainment, Inc.

Mitchell
Silberberg &
Knupp LLP

2

**NOTICE OF WITHDRAWAL OF *EX PARTE* FOR LEAVE FOR EARLY DISCOVERY**