Frederic M. Douglas (CA State Bar # 212778)
Attorney At Law
15333 Culver Drive, Suite 340
Irvine, California 92604-3051
Telephone : (949) 293-0442
Facsimile : (949) 203-8768
fdouglas@cox.net

*Attorney for Defendants Derek S. Powell, Bryan Thomas Mannion, Exalted Management Services, Online Management Partner*

Marc E. Mayer (CA Bar No. 190969)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, California 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100
mem@msk.com

*Attorneys for Plaintiff Blizzard Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,

Plaintiff,

v.

DEREK S. POWELL a/k/a “Dutch” “Zen,” “Sin,” “Sal,” “Valhalla,” and “Salmaer”; BRYAN THOMAS MANNION a/k/a “Kaladin”; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a “twotailedtitan”; BRIEN ALLEN MIDDAUGH a/k/a “worldforgerzen”;

Case No. 8:26-cv-01506-JWH-DFM

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint served: Jul. 7, 2026
Current response date: Sep. 2, 2026
New response date: Oct. 2, 2026

Judge: Hon. John W. Holcomb
Ronald Reagan U.S. Courthouse
411 West 4th Street
Santa Ana, California 92701
Courtroom: 9D

ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey0001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive,

Defendants

Pursuant to United States District Court for the Central District of California Local Rule 8-3, Plaintiff Blizzard Entertainment, Inc. ("Plaintiff") and Defendants Derek S. Powell, Bryan Thomas Mannion, Online Success Partner (erroneously sued as Online Management partner), and Exalted Management Services (collectively, "Defendants") by and through their respective counsel of record, hereby stipulate to a thirty (30) day extension of the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint, from September 2, 2026, to October 2, 2026. This is the Defendants' first request to extend time to respond to the Complaint. None of the Parties have previously requested a continuance on any deadline in this case.

DATED: August 27, 2026

Frederic M. Douglas, Attorney At Law

By: /s/ Frederic M. Douglas
Frederic M. Douglas

*Attorney for Defendants*

DATED: August 27, 2026

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Marc E. Mayer (with permission)
Marc E. Mayer

*Attorneys for Plaintiff Blizzard Entertainment, Inc.*

**Attestation Pursuant to L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

By: /s/ Frederic M. Douglas
Frederic M. Douglas

*Attorney for Defendants*