MARC E. MAYER (190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

MARISSA B. LEWIS (*pro hac vice*)
mbl@msk.com
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, NY 10022
Telephone: (212) 509-3900

Attorneys for Blizzard Entertainment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,

Plaintiff,

v.

DEREK S. POWELL a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 8:26-cv-01506-JWH-DFM

Assigned to Judge John W. Holcomb

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ACTION**

Complaint Filed: June 12, 2026

Plaintiff Blizzard Entertainment, Inc. ("Blizzard") and Defendants Derek Powell, Bryan Mannion, Exalted Management Services, and Online Success Partner (erroneously named as "Online Management Partners") ("Defendants"), hereby advise the Court that they have reached a settlement of Blizzard's claims against them in this action. The settlement is expected to result in a resolution of the action in its entirety.

The terms of the parties' settlement are confidential. However, the settlement is conditioned upon certain actions that are required to be taken over the next days and weeks. Accordingly, in lieu of a dismissal of the action at this time, the parties request that the Court stay the action through October 1, 2026. Blizzard expects that on or before such date it will file a stipulation or request for dismissal of the action in its entirety.

The parties, therefore, jointly stipulate and respectfully request that the Court stay all deadlines and proceedings through October 1, 2026, pending the submission of a stipulation or notice of dismissal of the action.

DATED: SEPTEMBER 1, 2026

MARC E. MAYER
MARISSA B. LEWIS
MITCHELL SILBERBERG & KNUPP LLP

By: *Marc E. Mayer*
Marc E. Mayer
Attorneys for Blizzard Entertainment, Inc.

FREDERIC M. DOUGLAS
LAW OFFICE OF F.M. DOUGLAS

DATED: SEPTEMBER 1, 2026

By: */s/ Frederic M. Douglas*
Frederic M. Douglas
Attorneys for Defendants Derek Powell, Bryan Mannion, Exalted Management Services, and Online Success Partner

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: SEPTEMBER 1, 2026

*/s/ Marc E. Mayer*
Marc E. Mayer