AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>8:26-cv-01506 | DATE FILED<br>June 12, 2026 | United States District Court<br>Central District of California<br>411 West 4th Street, Room 1053 Santa Ana, CA 92701-4516 |

| PLAINTIFF | DEFENDANT |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation | DEREK S. POWELL a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer"; BRYAN THOMAS MANNION a/k/a "Kaladin"; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan"; BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen"; ANDREW JAMES SEWARD a/k/a "andrew6180"; ALEXANDER STEVEN KOZMA a/k/a ".grey001"; YE LWIN a/k/a "kalethuzad"; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 PA 1-247-131 | World of Warcraft | Blizzard Entertainment, Inc. |
| 2 TXu 1-166-151 | World of Warcraft--server | Blizzard Entertainment, Inc. |
| 3 TX 5-984-004 | World of Warcraft--client: beta 3. | Blizzard Entertainment, Inc. |
| 4 PA 1-333-913 | World of Warcraft: The Burning Crusade | Blizzard Entertainment, Inc. |
| 5 PA 1-611-882 | World of Warcraft: Wrath of the Lich King | Blizzard Entertainment, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| 1 | | |
| 2 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| Text only entry<br>☐ Order ☐ Judgment | ☐ Yes ☒ No | 9/2/26 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRIAN D. KARTH | Y. Louis, yvette_louis@cacd.uscourts.go | 9/3/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy