AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following

☒ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 8:26-cv-01506 | June 12, 2026 | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation. | DEREK S. POWELL a/k/a "Dutch," “Zen,” “Sin,” “Sal,” “Valhalla,” and “Salmaer”; BRYAN THOMAS MANNION a/k/a “Kaladin”; EXALTED MANAGEMENT SERVICES, a Nevada Corporation; EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company; LINCOLN MARSHALL SIMPSON a/k/a “twotailedtitan”; BRIEN ALLEN MIDDAUGH a/k/a “worldforgerzen”; ANDREW JAMES SEWARD a/k/a “andrew6180”; ALEXANDER STEVEN KOZMA a/k/a “.grey001”; YE LWIN a/k/a “kalethuzad”; ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and DOES 1 through 10, inclusive. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 2972619 | July 19, 2005 | BLIZZARD ENTERTAINMENT, INC. |
| 2 2877945 | August 24, 2004 | BLIZZARD ENTERTAINMENT, INC. |
| 3 3278939 | August 14, 2007 | BLIZZARD ENTERTAINMENT, INC. |
| 4 4071311 | December 13, 2011 | BLIZZARD ENTERTAINMENT, INC. |
| 5 4077617 | December 27, 2011 | BLIZZARD ENTERTAINMENT, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Notice of Settlement filed 9-1-26 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRIAN D. KARTH, Clerk of Court | Y. Louis, yvette_louis@cacd.uscourts.gov | 9/3/26 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

American LegalNet, Inc. www.FormsWorkFlow.com