JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BLIZZARD ENTERTAINMENT, INC., a Delaware Corporation,

Plaintiff,

v.

DEREK S. POWELL a/k/a "Dutch," "Zen," "Sin," "Sal," "Valhalla," and "Salmaer";
BRYAN THOMAS MANNION a/k/a "Kaladin";
EXALTED MANAGEMENT SERVICES, a Nevada Corporation;
EXALTED MANAGEMENT AND CONSULTATION SERVICES LLC, a New Mexico Limited Liability Company;
LINCOLN MARSHALL SIMPSON a/k/a "twotailedtitan";
BRIEN ALLEN MIDDAUGH a/k/a "worldforgerzen";
ANDREW JAMES SEWARD a/k/a "andrew6180";
ALEXANDER STEVEN KOZMA a/k/a ".grey001";
YE LWIN a/k/a "kalethuzad";
ONLINE MANAGEMENT PARTNERS, an entity of unknown form; and
DOES 1 through 10, inclusive,

Defendants.

Case No. 8:26-cv-01506-JWH-DFMx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 37] entered on or about September 2, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE